IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KATHY H. QUAVE, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. 3:05-CV-1300-P (BH) |
| | § |
| COMMISSIONER OF SOCIAL | § |
| SECURITY ADMINISTRATION, | § |
| | § |
| Defendant. | § |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and are adopted as the Findings and Conclusions of the Court.

It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted. Accordingly, Plaintiff's motion for summary judgment, filed November 10, 2005, is GRANTED. *Commissioner's Motion for Summary Judgment*, filed December 22, 2005, is DENIED.

It is further ORDERED that the judgment of the ALJ be REVERSED and that the Secretary award Quave disability benefits with an onset date of October 1, 1999.

SO ORDERED, this 11th day of September, 2007.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE